RECEIVED
IN LAKE CHARLES, LA

JUL -7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

TERRY T. WILLIAMS

VERSUS

WARDEN ALLEN CORRECTIONAL CENTER

CIVIL ACTION NO. 2:06CV0385
JUDGE MINALDI
MAG. JUDGE WILSON

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this ___ day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE